IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cr-314-GBL |
| | ) | |
| ANDREW OTTO BOGGS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER is before the Court on the Restitution Order for Defendant Andrew Otto Boggs (Dkt. No. 65). The Restitution Order states both that interest is waived and that interest accrues as provided in 18 U.S.C. § 3612(f). Upon the request of the parties, the Court enters this order to clarify that interest is waived, as stated during the sentencing hearing.

Accordingly, it is hereby

**ORDERED** that the Restitution Order (Dkt. No. 65) is amended to waive interest.

**IT IS SO ORDERED.**

ENTERED this 20th day of September, 2017

Alexandria, Virginia

/s/
Gerald Bruce Lee
United States District Judge